United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: Jerry Edwards | § | Case No. 22-30950 |
| | § | (Chapter 13) |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY [AND THE CO-DEBTOR STAY, IF APPLICABLE]**
(This Order Resolves Docket # 58 )

  Ally Bank  ("Movant") filed a motion for relief from the automatic stay against 2017 Chrysler 300 Sedan 4D Limited 3.6L V6, VIN: 2C3CCAAG9HH612635 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

  Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession.

Agreed:

AGREED AND ENTRY REQUESTED:

| | |
|---|---|
| */S/ Amy Clark* | /S/ *Patrick M. Lynch* |
| Signature-Debtor(s)' counsel | Signature-Movant's counsel |
| Name: Amy Clark | Name: Patrick M. Lynch |
| State Bar No.: #24043761 | State Bar No.: State Bar #24065655 |
| S.D. Tex. Bar No.: | S.D. Tex. Bar No.: |
| Address: 221 Bella Katy Drive | Address: 2001 Bryan St. |
| Katy, TX 77494 | Suite 1800 Dallas TX 75201 |
| Telephone: 833-663-3289 | Telephone: (214) 880-1864 |
| Fax: 832-645-5165 | Fax: (214)871-2111 |
| E-mail: Daniel@CimentLawfirm.com | E-mail: plynch@qslwm.com |

Signed: February 04, 2025

Jeffrey P. Norman
United States Bankruptcy Judge