**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 22-30950** |
| | § | |
| **JERRY EDWARDS,** | § | **CHAPTER 13** |
| | § | |
| **DEBTOR.** | § | |

**HARRIS COUNTY'S NOTICE OF**
**SATISFACTION OF PROOF OF CLAIM NUMBER 4**

COMES NOW, Harris County, and files this *Notice of Satisfaction of Proof of Claim Number 4*. The Debtor has no further liability on this claim. Harris County requires no further distributions be made on this claim by the Chapter 13 Trustee or the Debtor.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**

*/s/ Marissa A. Wakhu*
Tara L. Grundemeier
Texas State Bar No. 24036691
Jeannie L. Andresen
Texas State Bar No. 24086239
Marissa A. Wakhu
Texas State Bar No. 24144822
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Telephone
(713) 844-3503 Telecopier
tara.grundemeier@lgbs.com
jeannie.andresen@lgbs.com
marissa.wakhu@lgbs.com

*Counsel for Harris County*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was electronically served to those registered to receive service in this matter on CM/ECF for the Bankruptcy Court for the Southern District of Texas, and to the following recipients, if any, via First-Class mail, on August 20, 2026.

Debtor

Jerry Edwards
309 W. Humble Street
Baytown, Texas 77520

Attorney for Debtor

Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, Texas 77494

Chapter 13 Trustee

Tiffany D. Castro
Chapter 13 Trustee
1220 Augusta Drive, Suite 500
Houston, TX 77057

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**

*/s/ Marissa A. Wakhu*

Tara L. Grundemeier
Texas State Bar No. 24036691
Jeannie L. Andresen
Texas State Bar No. 24086239
Marissa A. Wakhu
Texas State Bar No. 24144822
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Telephone
(713) 844-3503 Telecopier
tara.grundemeier@lgbs.com
jeannie.andresen@lgbs.com
marissa.wakhu@lgbs.com

*Counsel for Harris County*